# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMICA MUTUAL INSURANCE CO. : <br> Plaintiff, : <br> : CIVIL ACTION <br> v. : NO. 18–1613 <br> : <br> ANITA DAS; SUNUNTA C. DAS; and, : <br> INDRA J. DAS : <br> Defendants. : | |

FILED
DEC 07 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 6th day of December, 2018, upon consideration of Plaintiff's Motion to Dismiss for Failure to State a Claim (ECF No. 8) and Defendants' Response thereto (ECF No. 9), it is hereby ORDERED that said Motion is GRANTED in accordance with this Court's accompanying Memorandum.

It is further ORDERED that on or before December 27, 2018, Plaintiff shall file an Second Amended Counterclaim for bad faith and punitive damages. In the event Plaintiff elects not to do so, said claims shall be deemed DISMISSED with prejudice.

BY THE COURT:

_/s/ C. Darnell Jones_
C. Darnell Jones, II    J.