# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMICA MUTUAL INSURANCE CO. | : | |
|     Plaintiff, | | |
| | | CIVIL ACTION |
| v. | : | NO. 18-1613 |
| | | |
| ANITA DAS; SUNUNT A C. DAS; and, | | |
| INDRAJ. DAS | : | |
|     Defendants. | | |

## ORDER

AND NOW this 8th day of May 2019, upon consideration of Amica Mutual Insurance Company's Motion to Dismiss The Third Cause of Action of Defendants' Second Amended Counterclaim For Bad Faith Insurance Practices and Defendants' Claim For Punitive Damages For Failure to State a Claim Upon Which Relief Can Be Granted Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 14) and Defendants' response thereto (ECF No. 15), it is hereby ORDERED that said Motion is GRANTED in accordance with this Court's accompanying Memorandum and Defendants' third cause of action for bad faith and punitive damages is DISMISSED with prejudice.

BY THE COURT

/s/ C. Darnell Jones, II   J.