# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMICA MUTUAL INSURANCE CO. | : | |
| *Plaintiff*, | | |
| | | CIVIL ACTION |
| v. | : | NO. 18–1613 |
| | | |
| ANITA DAS; SUNUNTA C. DAS; and, | | |
| INDRA J. DAS | : | |
| *Defendants*. | | |

## ORDER

AND NOW, this 30th day of March 2021, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 27), Defendants' Response thereto (ECF No. 28), and Plaintiff's Reply to Defendants' Response (ECF No. 29), it is hereby ORDERED that said Motion is GRANTED in accordance with this Court's accompanying Memorandum.

It is further ORDERED that Judgment is entered IN FAVOR OF AMICA MUTUAL INSURANCE CO. and AGAINST DEFENDANTS ANITA DAS, SUNUNTA DAS, and INDRA J. DAS.  The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II   J.